# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 18-CR-244 (JEB)** |
| v. : | |
| **ERICK VALENCIA-SALAZAR,** : | |
| also known as "El 85," "Ochenta y Cinco," "Erick," "Eric," "Erik," "Commandante," "Commander," "Matazeta," and "Mono," : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Douglas Meisel, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted Government counsel of record Kaitlin Sahni and Kate Naseef, who can be terminated as Government counsel in this case.

1

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:    <u>*/s/Douglas Meisel*</u>
Douglas Meisel
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 598-2281
Email: Douglas.Meisel@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 15th day of November 2024.

                                                       */s/ Douglas Meisel*
                                                       Douglas Meisel
                                                       Trial Attorney
                                                       Narcotic and Dangerous Drug Section
                                                       Criminal Division
                                                       Department of Justice